IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-10-393 |
| | § | |
| LEE SAUCEDA | § | |

## ORDER OF DETENTION PENDING TRIAL

On June 4, 2010, a detention hearing was held in accordance with the Bail Reform Act,

18 U.S.C. § 3142(f).  Defendant has been charged with one count of possession of a firearm

affecting interstate and foreign commerce by a convicted felon in violation of 18 U.S.C. § 922.

The following requires detention of defendant pending trial in this case:

(1)      There is not any condition or combination of conditions that will reasonably

assure the appearance of the defendant and the safety of the community as required.

The evidence against defendant meets the probable cause standard.  The findings and

conclusions contained in the Pretrial Services Report are adopted.

Defendant is committed to the custody of the Attorney General or his designated

representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall

be afforded a reasonable opportunity for private consultation with defense counsel.  On order of

a court of the United States or on a request of an attorney for the Government, the person in

charge of the corrections facility shall deliver defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of June 2010.

BRIAN  L. OWSLEY
UNITED STATES MAGISTRATE JUDGE